1  **GREENSPOON MARDER LLP**
   BETH-ANN E. KRIMSKY (Fla. Bar. No. 968412)
2  *Admitted Pro Hac Vice*
   beth-ann.krimsky@gmlaw.com
3  JAMEY R. CAMPELLONE (Fla. Bar. No. 119861)
4  *Admitted Pro Hac Vice*
   jamey.campellone@gmlaw.com
5  200 East Broward Boulevard, Suite 1800
   Fort Lauderdale, Florida 33301
6  Telephone:     954.527.6296
   Facsimile:     954.333.4027
7  **NOSSAMAN LLP**
8  JAMES H. VORHIS (SBN 245034)
   jvorhis@nossaman.com
9  50 California Street, 34th Floor
   San Francisco, California 94111
10 Telephone:     415.398.3600
   Facsimile:     415.398.2438
11 *Attorneys for Defendants, Adroit Health Group, LLC,*
12 *Adroit Health Solutions, LLC, Adroit Healthcare, LLC,*
   *and Adroit Insurance Solutions, LLC*
13

14

15

16                          **UNITED STATES DISTRICT COURT**
17                          **NORTHERN DISTRICT OF CALIFORNIA**

18 | Mark L. Javitch,                          | Case No: 3:19-cv-00289-RS
19 |         Plaintiff,                        | Assigned for all purposes to the
20 |    vs.                                    | Honorable Richard Seeborg
21 | DENTEMAX, LLC,                            | **JOINT STIPULATION OF VOLUNTARY**
   | ADROIT HEALTH GROUP, LLC,                 | **DISMISSAL OF ACTION PURSUANT TO**
22 | ADROIT HEALTH SOLUTIONS, LLC,             | **FED. R. CIV. P. 41(A)(1)(A)(II)**
   | ADROIT HEALTHCARE, LLC,
23 | ADROIT INSURANCE SOLUTIONS,               | Date Action Filed: January 16, 2019
   | LLC, BELTONE ELECTRONICS
24 | CORPORATION, LLC, ACCESS ONE
   | CONSUMER HEALTH, INC., AND
25 | OUTLOOK VISION SERVICES, LLC,
26 |         Defendants.
27
28

Plaintiff, Mark L. Javitch ("Plaintiff"), and Defendants, Adroit Health Group, LLC, Adroit Health Solutions, LLC, Adroit Healthcare, LLC, and Adroit Insurance Solutions, LLC (collectively, the "Adroit Defendants"), by and through their respective under signed counsel (if any) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Voluntary Dismissal without prejudice ("Stipulation") as to all named Defendants, including, but not limited to the Adroit Defendants, Dentemax, LLC ("Dentemax"), GN Hearing Care Corp. ("GN Hearing"), Access One Consumer Health, Inc. ("Access One"), and Outlook Vision Services, LLC ("Outlook") (collectively, the "Parties"). This Stipulation will become with prejudice on September 25, 2019. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no court order is necessary, and Plaintiff can dismiss this lawsuit without court order. In light of the instant Stipulation, the Parties request that the hearing currently scheduled on <u>Thursday, June 27, 2019, at 1:30 p.m.</u> in Courtroom 3 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco California, be vacated.

DATED: June **26**, 2019.            **PLAINTIFF, MARK L. JAVITCH**

By: */s/ Mark L. Javitch*
    Mark L. Javitch, *Pro Se*

DATED: June **26**, 2019.            **GREENSPOON MARDER LLP**

By: */s/ Jamey R. Campellone*
    Beth-Ann E. Krimsky
    Jamey R. Campellone

*Attorneys for Defendants, Adroit Health Group, LLC, Adroit Health Solutions, LLC, Adroit Healthcare, LLC, and Adroit Insurance Solutions, LLC*

DATED: June **26**, 2019.            **LOCKE LORD LLP**

By: */s/ Lindsey E. Kress*
    Lindsey E. Kress

*Attorneys for Defendant, GN Hearing Care Corp*

| | | |
|---|---|---|
| 1 | DATED: June **26**, 2019. | **REED SMITH LLP** |
| 2 | | By: _/s/ Timothy R. Carwinski_ |
| 3 | | Mathew McKenna Wrenshall |
| | | Timothy R. Carwinski |
| 4 | | |
| 5 | | *Attorneys for Defendant, Dentemax, LLC* |
| 6 | DATED: June ___, 2019. | **NELSON MULLINS RILEY SCARBOROUGH LLP**[1] |
| 7 | | By: _____ |
| 8 | | Lauren Ann Deeb |
| 9 | | *Attorneys for Defendant, Access One Consumer Health, Inc.* |
| 10 | | |
| 11 | DATED: June **26**, 2019. | **Defendant Outlook Vision Services, LLC** |
| 12 | | By: _/s/ Ron H. Johnson_ |
| 13 | | Ron H. Johnson |
| 14 | | *for Defendant, Outlook Vision Services, LLC* |

---

[1] This Stipulation applies to all Defendants in this case; however, counsel for Defendant, Access One Consumer Health, Inc. ("Access One") was not immediately available to consent to the filing of the instant Stipulation. Access One is not a party to the hearing currently scheduled for Thursday, June 27, 2019. Counsel for the Adroit Defendants anticipates that a Joinder to this Stipulation will be filed with the Court by Access One shortly.