Lauren A. Deeb (SBN 234143)
Jessica M. Higashiyama (SBN 272269)
NELSON MULLINS RILEY & SCARBOROUGH LLP
19191 South Vermont Avenue, Suite 900
Torrance, California 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499
E-Mail: lauren.deeb@nelsonmullins.com

Attorneys for Defendant
ACCESS ONE CONSUMER HEALTH, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK L. JAVITCH,<br><br>           Plaintiff(s),<br><br>     v.<br><br>DENTEMAX, LLC, ADROIT HEALTH GROUP, LLC, ADROIT HEALTH SOLUTIONS, LLC, ADROIT HEALTHCARE, LLC, ADROIT INSURANCE SOLUTIONS, LLC, BELTONE ELECTRONICS CORPORATION, LLC, ACCESS ONE CONSUMER HEALTH, INC., AND OUTLOOK VISION SERVICES, LLC,<br><br>           Defendant(s). | Case No.: 3:19-cv-00289-RS<br><br>**DEFENDANT ACCESSONE CONSUMER HEALTH, INC.'S JOINDER TO THE JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Assigned for all purposes to the Hon. Judge Richard Seeborg<br><br>Action Filed: January 16, 2019 |

1    PLEASE TAKE NOTICE that Defendant Access One Consumer Health, Inc's, by and
2 through its counsel of record, hereby join in the Joint Stipulation of Voluntary Dismissal of
3 Action without prejudice filed on June 26, 2019 [Dkt No. 64] by Attorneys for Plaintiff Mark L.
4 Javitch and Defendants Adroit Health Group, LLC; Adroit Health Solutions, LLC; Adroit
5 Healthcare, LLC; and Adriot Insurance Solutions, LLC.

DATED: June 26, 2019			NELSON MULLINS, RILEY & SCARBOROUGH LLP

/s/ Lauren A. Deeb
Lauren A. Deeb
Jessica M. Higashiyama
Attorneys for Defendant ACCESS ONE CONSUMER HEALTHCARE, INC.

- 1 -

| DEFENDANT ACCESS ONE CONSUMER HEALTH, INC'S JOINDER TO THE JOINT STIPULATION OF VOLUNTARY DISMISSAL | CASE NO.: 4:19-cv-00289-DMR |

## **CERTIFICATE OF SERVICE**

I, Lauren A. Deeb, declare that I am citizen of the United States and a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 19191 S. Vermont Avenue, Suite 900, Torrance, CA 90502.

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing pleading on all ECF-registered counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record or parties not registered with ECF in this matter.

I certify under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

By: /s/ Lauren A. Deeb
Lauren A. Deeb

- 1 -

| CERTIFICATE OF SERVICE | CASE NO.: 4:19-cv-00289-DMR |